# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Tigress Sydney Acute McDaniel**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00205-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Charlotte-Mecklenburg Schools | ) | |
| Charlotte-Mecklenburg Board of Education | | |
| Patricia Falk | | |
| Susan Holloway | | |
| Matthew Slota | | |
| F. Lane Williamson | | |
| Trayfer Monroe | | |
| John and Jane Does | | |
| Shauntra Franklin | | |
| Leesa Cardy | | |
| Susan Nichols | | |
| Taralynn Sullivan | | |
| Cynthia Vines**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 11, 2018 Order.

May 11, 2018

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court